■ In the Matter of the CITY OF ROCHESTER, Appellant, v. GENESEE VALLEY COOPERATIVES, INC., Respondent.— Order granting preference unanimously affirmed, without costs. Memorandum: The order shows that Special Term properly considered petitioner's cross motion (22 NYCRR 1024.4 [e]). Since some additional time is required by petitioner to obtain necessary information to complete its appraisal, we remit the proceeding to Trial Term to set a trial date, which should be no later than November 13, 1972. (Appeal from order of Monroe Calendar Term granting trial preference.) Present — Goldman, P. J., Marsh, Witmer, Moule and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE RICH-MOND, Appellant.— Order unanimously reversed and matter remitted to Erie County Court for a hearing. Memorandum: Relator's request for a hearing on his application for *coram nobis* relief alleging inadequacy of representation both before and during his trial which resulted in relator's conviction for manslaughter, first degree, was denied. This denial of relator's request was made by a Judge who had served for several months as one of relator's numerous assigned counsel. Although the Judge doubtless did not recall that he had previously served as assigned counsel in this case, such circumstance requires that relator be afforded a hearing before another Judge in the Erie County Court. (Appeal from order of Erie County Court denying motion to vacate judgment of conviction rendered June 2, 1966.) Present — Goldman, P. J., Del Vecchio, Moule and Cardamone, JJ.

■ In the Matter of FRANK LOTT, Appellant, v. VINCENT R. MANCUSI, as Superintendent of Attica Correctional Facility, Respondent.— Judgment unanimously reversed and matter remitted to Erie Special Term for a hearing. Memorandum: The moving papers present an issue of fact to be decided upon a hearing. (Appeal from judgment of Erie Special Term denying application for a show cause order.) Present — Goldman, P. J., Del Vecchio, Moule and Cardamone, JJ.